UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CELLMARK PAPER, INC.,

                              Plaintiff,                          **ORDER**
                                                                                       CV 11-2178 (DRH)(ARL)

       -against-

NEW MEDIA PRINTING, et al.,

                              Defendants.
------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       The matter having been referred to the undersigned by District Judge Hurley for the purpose of issuing a report and recommendation with respect to the entry damages, plaintiff is directed to serve and file papers in support of its damages claim by **October 14, 2011**. Those papers shall include a memorandum of law and an affidavit from a person with knowledge of the relevant facts. Defendant may submit papers opposing the damages claims by **October 28, 2011**. If plaintiff believes that the papers submitted in support of the motion for a default judgment suffice for the purposes of the damages inquest, plaintiff shall so inform the court and the defendant in writing.

       Counsel for plaintiff shall serve a copy of this order on defendant by certified mail, return receipt requested, at its last-known addresses. They shall also serve a copy of the plaintiff's damages papers on defendant by certified mail, return receipt requested, and shall file, along with its supporting papers, proof of service of: 1) its supporting papers and 2) this order. Defendant shall serve its opposition papers on counsel for plaintiff and shall file opposition papers with proof of service with the Court.

Dated: Central Islip, New York                            **SO ORDERED:**
       August 25, 2011

                                                                   _____/s/_____
                                                                     ARLENE ROSARIO LINDSAY
                                                                     United States Magistrate Judge