UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CELLMARK PAPER, INC.,

        Plaintiff,

    - against -

**ORDER**
**11 CV 2178 (DRH)(ARL)**

NEW MEDIA PRINTING,

        Defendant.

----------------------------------------------------------X

**HURLEY, District Judge:**

    By Order dated August 3, 2011, the Court entered a default judgment against defendant and referred this matter to Magistrate Judge Lindsay, pursuant to 28 U.S.C. § 636, for a Report and Recommendation as to the appropriate amount of damages to be awarded to plaintiff. Judge Lindsay issued a Report and Recommendation recommending damages and costs totaling $694,903.02. (Docket No. 11.) Plaintiff did not request attorney fees.

    On March 7, 2012, plaintiff filed proof of service of a copy of the Report and Recommendation upon the defendant. More than fourteen (14) days have elapsed since service of the Report and Recommendation, and neither party has filed objections.

    Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the February 13, 2012 Report and Recommendation of Judge Lindsay as if set forth herein. The Court therefore directs that judgment be entered as follows: plaintiff recovers from defendant damages and costs in the amount of $694,903.02, plus

post-judgment interest pursuant to 28 U.S.C. § 1961. The Court further directs the Clerk of Court to close this case.

SO ORDERED.

Dated: Central Islip, New York
       March 31, 2012

                                                                    /s
                                            Denis R. Hurley
                                            Unites States District Judge